IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

NERISSA WITHERSPOON                                    PLAINTIFF

vs.                           CASE NO. CV-04-6137

THE CITY OF ROCKPORT, ARKANSAS,
A municipal Corporation; DAVID THOMASON,
Chief of Police, Rockport, Arkansas, in his
Individual capacity                                    DEFENDANTS

## SUPPLEMENTAL PROTECTIVE ORDER

The parties possess an audio\video tape made by an Arkansas state trooper at the location on Highway 270 where the plaintiff was stopped by Defendant Thomason on December 30, 2004.

It is hereby ordered:

1. This tape shall be considered confidential.

2. This tape shall be used only for the purposes of this litigation.

3. No party or attorney involved in this case may disseminate a copy of this tape to any person or show this tape to any person, unless such action is in furtherance of the prosecution or defense of this litigation.

IT IS SO ORDERED THIS _____ DAY OF DECEMBER, 2005.

_____
United States District Judge

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

DEC 29 2005

CHRIS R. JOHNSON, CLERK

BY _____
       DEPUTY CLERK

Entry of Order Approved:

/s/Robert Pressman
**Robert Pressman**
**John W. Walker**
**Q. Byrum Hurst**
Counsel for Plaintiff

/s/Michael Mosley
**Michael Mosley**
Counsel for Defendants